IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02084-BNB

LUIS A. CAMEJO RODRIGUEZ,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS (WA STATE),
SCOTT FRAKES,
VIQUI HEWITT,
ERIC HARTING,
CAROL GRANDMONTAGNE (2001),
KENN QUINN (2007),
DAN PACHOLKE (2008),
CHRISTINE O'GREGOIRE,
ROB MCKENNA,
ELDON VALE,
LISA HOWE,
LESLIE PICKETT,
SGT. DERICK WALTERS,
SHERYL ALBERT,
JASON NEELY,
DWIGHT PRESTON, and
KELLY STICKNEY,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 17 2010

GREGORY C. LANGHAM
                     CLERK

## ORDER OF DISMISSAL

Plaintiff, Luis A. Camejo Rodriguez, is in the custody of the Washington Department of Corrections and currently is incarcerated at the Monroe Correctional Complex in Monroe, Washington. On August 30, 2010, Mr. Rodriguez initiated this action by submitting to the Court an "Affidavit of Service by Mailing" and a "Civil Action Complaint." Also on August 30, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and directed Plaintiff to cure certain

deficiencies. Specifically, he directed Mr. Rodriguez to submit a Prisoner Complaint on the court-approved form. He also directed Mr. Rodriguez to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified copy of his inmate trust fund statement for the six month period immediately preceding the filing. Mr. Rodriguez cured the deficiencies in this action on September 13, 2010, and September 23, 2010. Magistrate Judge Boland granted him leave to proceed *in forma pauperis* by order dated October 5, 2010.

The October 5 Order requires Mr. Rodriguez to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of $6.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Rodriguez that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

On October 25, 2010, in an apparent attempt to show cause why he has no assets to pay the initial fee, Mr. Rodriguez filed a certified copy of his inmate account statement. The inmate account statement demonstrated that, from the period of April 1, 2010, to September 30, 2010, Mr. Rodriguez had average monthly receipts of $42.56 and that his average spendable balance was $6.79. However, on the inmate account statement, Mr. Rodriguez wrote that his money had been stolen, and that he had "zero money." On October 26, 2010, Magistrate Judge Boland noted that the inmate account statement which Mr. Rodriguez filed on October 25, 2010, did not show his current

account balance. Therefore, Magistrate Judge Boland found that this inmate account statement was not sufficient to show cause because it did not demonstrate that Mr. Rodriguez had no assets and no means by which to pay the initial partial filing fee. Accordingly, Magistrate Judge Boland directed Mr. Rodriguez to submit a certified account statement that showed his current account balance, and demonstrated that he had insufficient funds in his account to pay the initial partial filing fee. Magistrate Judge Boland provided Mr. Rodriguez an additional thirty days to comply with this requirement.

Mr. Rodriguez filed a certified account statement on November 12, 2010. However, the account statement does not show Mr. Rodriguez's current account balance. Instead, it again demonstrates that Mr. Rodriguez has an "average spendable balance" of $6.27. The Court agrees with Magistrate Judge Boland's conclusion that the inmate account statement submitted by Mr. Rodriguez is insufficient to show cause, because it does not demonstrate that Mr. Rodriguez has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement.

Therefore, Mr. Rodriguez now has failed either to pay the initial partial filing fee within the time allowed, as designated in the October 5 Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Amended Prisoner Complaint and the action are dismissed without prejudice for Mr. Rodriguez's failure either to pay an initial partial filing fee of $6.00 or to show cause why he has no assets and no means by which to pay the designated fee. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 16th day of December, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02084-BNB

Luis A. Camejo Rodriguez
Reg No. 812814
MCC-SOU
P.O. Box 514
Monroe, WA 98272

    I hereby certify that I have mailed a copys of the **ORDER AND JUDGMENT** to the above-named individuals on December 17, 2010.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk